1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
                              -oOo-
6
7   JAMES ROBINSON,                    )
                                       )      2:09-CV-00818-PMP-PAL
8              Plaintiff,              )
                                       )
9   vs.                                )      **ORDER**
                                       )
10  ANTHONY MURRY,                     )
                                       )
11                                     )
               Defendant.              )
12  _____   )

13          Before the Court for consideration is Plaintiff James Robinson's Complaint

14  (Doc. #1), filed on May 7, 2009.  On March 17, 2010, the Honorable Peggy A. Leen,

15  United States Magistrate Judge, entered a Report of Findings and Recommendation

16  (Doc. #3) recommending that Plaintiff's Complaint (Doc. #1) be denied.

17          Plaintiff Robinson was given notice to file a written objection with the

18  court to Magistrate Judge Leen's Report and Recommendations within ten (10) days

19  after being served.  To date no objections have been filed and the time to do so has

20  now expired.

21          The Court has conducted a de novo review of the record in this case in

22  accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that

23  Magistrate Judge Leen's Report of Findings and Recommendation should be

24  Affirmed.

25  / / /

26

1       **IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of

2 Findings and Recommendation (Doc. #3) is Affirmed and Plaintiff James Robinson's

3 Complaint (Doc. #1) is **DISMISSED** without prejudice.

4       **IT IS FURTHER ORDERED that** the Clerk of Court shall enter

5 judgment accordingly.

6

7 DATED:  April 5, 2010.

8

9 _____

10 PHILIP M. PRO
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26